# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2007

132895

MARCIA CRYDERMAN, f/k/a Marcia
Douglas, Personal Representative of the
Estate of Natasha Douglas, Deceased,
       Plaintiff-Appellant,

v

DANIEL J. VERBURG, d/b/a BAY VIEW
OBSTETRICS & GYNECOLOGY,
JEFFREY W. WILDER, NORTHERN
MICHIGAN HOSPITAL, DEBBIE PLUIM,
a/k/a DEBRA PLUIM, and MARILYN
KEEBLER, a/k/a MARILYN S. MORRIS,
       Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132895
COA: 255045
Emmet CC: 02-007011-NH

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2007

Clerk

l0418